

**FILED**

05/08/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 20-0250

## IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 20-0250

PATRICK JOSEPH ADAMS,

Petitioner,

v.

PETER BLUDWORTH, WARDEN,
CROSSROADS CORRECTIONAL CENTER,

Respondent.

**FILED**

MAY 08 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Representing himself, Patrick Joseph Adams has filed a verified petition for a writ of habeas corpus, requesting various relief. Adams includes a "Request to Produce Evidence" and requests a hearing; both of which are not appropriate pursuant to the Montana Rules of Appellate Procedure. M. R. App. P. 14(5) and M. R. App. P. 14(7)(b). Upon review, however, we deem it appropriate to require a response to Adams's petition. Therefore,

IT IS ORDERED that:

1.  the Attorney General or counsel for the Department of Correction is GRANTED thirty days from the date of this Order in which to prepare, file, and serve a written response to the petition for writ of habeas corpus together with appropriate documentary exhibits and legal memorandum in support; and

2.  that Adams's Request to Produce Evidence is DENIED.

The Clerk of the Supreme Court is directed to provide a copy of this Order to the Attorney General; to counsel for the Department of Corrections; and to Petitioner personally.

DATED this ____ day of May, 2020.

_____
Justice